UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

PARKER, McCAY, P.A.
BRIAN E. CAINE
9000 Midlantic Drive, Suite 300
P.O. Box 5054
Mount Laurel, New Jersey 08054
(856-810-5815)
Attorney for Secured Creditor, MTGLQ Investors, LP, its successors and/or assigns

Order Filed on December 19, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Siddartha Smith

Case No. 17-19662-KCF

Hearing: December 13, 2017

Judge: FERGUSON

# ORDER RESOLVING MTGLQ INVESTORS, LP'S OBJECTION TO CONFIRMATION OF PLAN

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: December 19, 2017**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

**(Page 2)**
Debtor:   Siddartha Smith
Case No:  17-19662-KCF
Caption of Order:  Order Resolving MTGLQ Investors, LP's Objection to Confirmation of Plan

Upon consideration of MTGLQ Investors, LP's ("Secured Creditor") objection to confirmation of plan (at docket number 15), and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. As it relates to MTGLQ Investors, LP's mortgage on the debtor's residence located at 67 Brooklawn Dr, Willingboro NJ 08046, MTGLQ Investors, LP has a total secured claim of $61,629.25 at the time of the filing of the within bankruptcy case.

2. For purposes of the within bankruptcy case only, the debtor has agreed to pay the entire secured claim through the plan, along with post-petition interest of 5.0% per *Till*.

3. The mortgage is presently being serviced by Rushmore Loan Management Services

4. The following terms are agreed upon:
    A)   MTGLQ Investors, LP shall have an allowed secured claim of $61,629.25.
    B)   5.0% shall be paid on the secured claim.
    C)   The total amount to be paid to MTGLQ Investors, LP through the plan shall be **$69,781.00** (which represents $61,629.25 at 5.0% interest amortized over 60 months).

5. In the event debtor files a modified plan and proposes any other treatment on MTGLQ Investors, LP's secured claim during the life of this bankruptcy case, Secured Creditor, its successors and/or assigns, reserves the right to object to the modified plan.

6. In the event this bankruptcy case is dismissed, or converted to Chapter 7 or Chapter 11, this agreement shall be null and void.